Certificate Number: 04174-PAE-DE-028959890

Bankruptcy Case Number: 16-18862



04174-PAE-DE-028959890

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2017, at 8:30 o'clock AM MST, Jacklyn Hightower completed a course on personal financial management given by internet by Take Charge America, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 22, 2017         By:     /s/Denice Prull

                                Name:  Denice Prull

                                Title:  Counselor

Certificate Number: 04174-PAE-DE-028959901

Bankruptcy Case Number: 16-18862



04174-PAE-DE-028959901

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2017, at 8:30 o'clock AM MST, Kareem Hightower completed a course on personal financial management given by internet by Take Charge America, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 22, 2017                By:   /s/Denice Prull

Name:   Denice Prull

Title:   Counselor