## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jacklyn Hightower aka Jacklyn Collado<br>        Kareem L. Hightower Sr.<br>                        Debtors | CHAPTER 7 |
| CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A<br>                        Movant<br>        vs. | NO. 16-18862 REF |
| Jacklyn Hightower aka Jacklyn Collado<br>Kareem L. Hightower Sr.<br>                        Debtors | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>                        Trustee | |

### **ORDER**

AND NOW, at Reading, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A to exercise its rights pursuant to the loan documents regarding the premises 12 West Court Boulevard Reading, PA 19609.  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: April 3, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list