United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kareem L. Hightower  
Jacklyn Hightower  
       Debtors

Case No. 16-18862-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 03, 2017  
                 Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
db/jdb       +Kareem L. Hightower, Sr.,    Jacklyn Hightower,    12 West Court Blvd.,    Reading, PA 19609-1427
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            AmeriCredit Financial Services, Inc. dba GM Financ,    Arlington, TX  76096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Apr 04 2017 02:21:37      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2017 02:21:20
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2017 02:21:41      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on April 3, 2017 at the address(es) listed below:
```
          DENISE ELIZABETH CARLON    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL
           SAVINGS, F.A bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL
           SAVINGS, F.A bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
           F.A tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jacklyn Hightower aka Jacklyn Collado<br>　　　　Kareem L. Hightower Sr.<br>　　　　　　　　　　　　Debtors | CHAPTER 7 |
| CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 16-18862 REF |
| Jacklyn Hightower aka Jacklyn Collado<br>Kareem L. Hightower Sr.<br>　　　　　　　　　　　　Debtors | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>　　　　　　　　　　　　Trustee | |

## ORDER

AND NOW, at Reading, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A to exercise its rights pursuant to the loan documents regarding the premises 12 West Court Boulevard Reading, PA 19609.  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: April 3, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list